UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IURII MAMUKAYEVICH SOPROMADZE,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　　　Respondents. | Case No. 5:26-cv-02177-JLS-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's objections to the Report and Recommendation. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

IT IS ORDERED as follows:

(1) that the petition is granted;

(2) that Respondents are enjoined from continuing to detain Petitioner unless within seven days he is provided with an individualized bond hearing before a neutral immigration judge in accordance with 8 U.S.C. § 1226(a);

(3) that Respondents shall file a status report within ten (10) days detailing if and when the hearing occurred, if bond was granted or denied, and, if bond was denied, provide the Court with a transcript (or recording) of the bond hearing along with the reasons for denial;

(4) the proceedings shall continue before the Magistrate Judge, including for any determination of mootness.

DATED: June 12, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2