UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IURII MAMUKAYEVICH SOPROMADZE, | Case No. 5:26-cv-02177-JLS-SSC |
| Petitioner, | |
| v. | JUDGMENT |
| KRISTI NOEM, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is granted.

DATED:  June 24, 2026

_____

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE